UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRIK DIAMOND, an individual,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>WALMART INC., a corporation, and DOES 1 to 20, inclusive<br><br>　　　　　　Defendant. | Case No. 1:19-cv-00857-LJO-JLT<br><br>**(PROPOSED) ORDER GRANTING JOINT STIPULATION TO MODIFY THE SCHEDULING ORDER AND TO CONTINUE THE NON-EXPERT DISCOVERY CUT-OFF BY 30 DAYS**<br><br>(Doc. 22) |

　　　Based upon the stipulation of the parties, the Court **GRANTS** the stipulation to extend the dates in this matter as follows[1]:

　　　1.　　All non-expert discovery SHALL be completed no later than March 9, 2020.

　　　2.　　All other dates set forth in the Scheduling Order will remain as currently set.

IT IS SO ORDERED.

　　　Dated:　**January 15, 2020**　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] Counsel should be aware that the Court does not consider the desire to "preserve the order of priority" to be good cause to amend the case schedule. It will not allow any further extensions of the non-expert discovery that is any manner related to this type of tactic.