UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRIK DIAMOND, an individual,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>WALMART INC., a corporation, and DOES 1 to 20, inclusive<br><br>　　　　　Defendant. | Case No. 1:19-cv-00857-LJO-JLT<br><br>(**PROPOSED**) **ORDER GRANTING JOINT STIPULATION TO MODIFY THE SCHEDULING ORDER** |

　　　　About one month ago, the Court granted the stipulation of counsel (Doc. 23) to amend the case schedule for 30 days (Doc. 24. Once again, counsel are asking for an additional extension, this time for 90 days, for, in essence, the same reasons (Doc. 25). From their stipulation, it appears that counsel have had many discussions about completing needed discovery but have not actually completed much of this discovery. The Court does not understand what the impediments counsel are facing in, for example, scheduling the Arkansas deposition given they have been meeting and conferring about this deposition since December (Doc. 23). Thus, the Court **ORDERS**:

　　　　1.　　The stipulation is **GRANTED,** and the case schedule is amended as follows:

　　　　　　a.　　All non-expert discovery SHALL be completed no later than June 10, 2020;

b.　The parties SHALL disclose experts no later than May 20, 2020 and any rebuttal experts by June 10, 2020.  They SHALL complete expert discovery no later than July 6, 2020.

　　　The Court does not contemplate that it will consider any further requests to amend the case schedule and will not consider any further requests that are not support by sufficient evidence that demonstrates extraordinarily good cause for the amendment.  Such extraordinary good cause does not include settlement discussions or the busy schedules of counsel, the parties/deponents or the experts.[1]

IT IS SO ORDERED.

　　Dated:　**February 20, 2020**　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] The Court is available to confer with counsel to select deposition dates or a date for the IME if they counsel cannot do so immediately.

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
SAN DIEGO

- 2 -

1:15-CV-01047-JLT
(PROPOSED) ORDER ON JOINT
STIPULATION TO CONTINUE DATES