UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRIK DIAMOND, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WALMART INC., a corporation, and DOES 1 to 20, inclusive<br><br>　　　　　Defendant. | Case No. 1:19-cv-00857-LJO-JLT<br><br>**ORDER AFTER NOTICE OF SETTLEMENT**<br><br>**(Doc. 27)** |

The parties report that they have settled the matter and indicate they will seek dismissal of the action soon. (Doc. 27) Thus, the Court **ORDERS**:

　　　1.　　The stipulation to dismiss the action **SHALL** be filed **no later than April 17, 2020**;

　　　2.　　All pending dates, conferences and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

　　Dated:　**March 5, 2020**　　　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

Burke, Williams & Sorensen, LLP
Attorneys At Law
San Diego

- 2 -

1:15-CV-01047-JLT
(PROPOSED) ORDER ON JOINT
STIPULATION TO CONTINUE DATES