# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRIK DIAMOND, <br><br> Plaintiff, <br><br> v. <br><br> WALMART, INC., <br><br> Defendants. | ) Case No.: 1:19-cv-0857- JLT <br> ) <br> ) ORDER DIRECTING THE CLERK TO CLOSE <br> ) THE ACTION <br> ) <br> ) (Doc. 29) <br> ) <br> ) <br> ) |

On March 23, 2020, the parties filed a stipulation indicating all parties agreed that the above-captioned action is dismissed in its entirety, with prejudice. (Doc. 29) Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), "the plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared." Because all parties who have appeared signed the stipulation, it "automatically terminate[d] the action." *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997); Fed.R.Civ.P. 41(a)(1)(A)(ii). Accordingly, based upon the stipulation of the parties, the Clerk of Court is **DIRECTED** to close this action.

IT IS SO ORDERED.

Dated: **March 25, 2020**      **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE